UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-220-4D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LESEAN L. DINGLE | ORDER TO SEAL |

On motion of the Defendant, Lesean L. Dingle, and for good cause shown, it is hereby ORDERED that the **[DE 160]** be sealed until further notice by this Court.

SO ORDERED. This 14 day of March 2016.

JAMES C. DEVER III
Chief United States District Judge